IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| KENNETH SOWELL | § | |
| VS. | § | CIVIL ACTION NO.   1:24-CV-262 |
| TEXAS DEP'T CRIM. JUST., ET AL. | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Kenneth Sowell, a prisoner previously confined at the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against the Texas Department of Criminal Justice, the University of Texas Medical Branch, Brian Collier, Angela Chevalier, Dr. Frank Sanders, Dorathy Carleton, T. Tompkins, L. Moody, Unidentified Manager of Health Service, and T. Lane.

The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. On February 5, 2026, the magistrate judge recommended granting Defendants' Motion to Dismiss. To date, the parties have not filed objections to the Report and Recommendation.

The Court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

<u>ORDER</u>

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of the magistrate judge [Dkt. 52] is ADOPTED.  Defendants' Motion to Dismiss [Dkt. 44] is GRANTED.  A final judgment will be entered in accordance with this Order.

**SIGNED this 12th day of March, 2026.**

_____

Michael J. Truncale
United States District Judge